UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JON GREGORY SANCHEZ,        )        3:15-CV-0474-RCJ (VPC)
                            )
    Petitioner,             )        **MINUTES OF THE COURT**
                            )
vs.                         )        January 29, 2016
                            )
ROBERT ELIZONDO, et al.,    )
                            )
    Respondants.            )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    A case management conference is before this court on February 8, 2016 (#12).  The court has reviewed the petitioner's motion for extension of time to file the case management report (#30).  The motion (#30) is **GRANTED**.  On or before **Wednesday, February 3, 2016, t**he parties shall meet and confer and file a stipulation advising the court whether they wish to vacate the case management conference.

    **IT IS SO ORDERED.**

                                  LANCE S. WILSON, CLERK

                                  By:              /s/
                                            Deputy Clerk